

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed June 4, 2009                         **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-10315-RLJ-13 |
| | § | |
| PERRY LYNN DAVIS, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| CHASE HOME FINANCE, LLC AS | § | |
| SERVICING AGENT FOR DEUTSCHE | § | |
| BANK NATIONAL TRUST | § | |
| COMPANY, AS TRUSTEE FOR | § | |
| NEW CENTURY HOME EQUITY LOAN | § | |
| TRUST, SERIES 2005-C, ASSET | § | |
| BACKED PASS-THROUGH | § | |
| CERTIFICATES ITS ASSIGNS | § | |
| AND/OR SUCCESSORS IN | § | |
| INTEREST, | § | |
|    Movant | § | HEARING DATE: 06/03/2009 |
| | § | |
| v. | § | TIME: 11:00 AM |
| | § | |
| PERRY LYNN DAVIS; WALTER | § | |
| O'CHESKEY, Trustee | § | |
|    Respondents | § | JUDGE ROBERT L. JONES |

**AGREED ORDER LIFTING STAY**

## **AS TO DEBTOR**

On this day came on before the Court the Motion of CHASE HOME FINANCE, LLC AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-C, ASSET BACKED PASS-THROUGH CERTIFICATES ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, Movant, for Relief from the Automatic Stay. The Court is advised Debtor is surrendering the subject property and the Motion should be granted. Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

> FIELD NOTES FOR A TRACT OF LAND IN BROWN COUNTY, TEXAS, SAID TRACT BEING ALL OF LOTS 6,7, AND 8, BLOCK 3, OF THE FIRST ADDITION OF WM BAUGH'S LAKE VIEW OF BROWN COUNTY, TEXAS, ACCORDING TO THEPLAT OF RECORD OF SAID BEIGN KNOWN AS 245 HIGH TOP AND BEING MORE FULLY DESCRIBED AS FOLLOWS
>
> BEGINNING AT A 3/8" IRON STAKE SET IN THE GROUND IN THE EAST LINE OF PENCY DRIVE, SAID STAKE BEING LOCATED N 89 DEG. 52'49" E 39 96' FROM A 3/4" IRON STAKE FOUND IN THE WEST LINE OF PENCY DRIVE, SAID STAKE FOUND MARKING THE SOUTHWEST CORNER OF LOT 16, OF SAID BLOCK 3, SAID STAKE SET MARKING THE SOUTHWEST CORNER OF SAID LOT 8,
>
> THENCE N 04 DEG. 00,00" W 210.00 (BASIS OF BEARING- PLAT CALL) ALONG SAID EAST LINE TO A RAIL ROAD SPIKE SET INT EH GROUND AT THE SOUTHEAST CORNER OF INTERSECTION OF PENCY DRIVE AND AN ALLEY SAID STAKE MARKIGN THE NORTH CORNER OF SAID LOT 6
>
> THENCE S 57 DEG. 52' 06" E 143.43' ALONG THE SOUTHWEST LINE OF SAID ALLEY TO A 3/8' IRON STAKE SET IN THE GROUND, SAID STAKE MARKIGN THE NORTHEAST CORNER OF SAID LOT 6
>
> THENCE S 04 DEG. 00' 00" E 131.50' TO A 3/8" IRON STAKE SET IN THE GROUND, SAID STAKE MARKING THE SOUTHEAST CORNER OF SAID LOT 8
>
> THENCE S 89 DEG. 00' 00" W 116.00 TO THE PLACE OF BEGINNING

It is further

ORDERED that the provision of Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure is hereby waived and CHASE HOME FINANCE, LLC AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-C, ASSET BACKED PASS-THROUGH CERTIFICATES ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST may immediately enforce and implement this Order Lifting Stay.

### End of Order ###

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ KADRA ALEXANDER

| | |
|---|---|
| KADRA ALEXANDER | PAMELA J. CHANEY |
| TX NO. 24040405 | 402 CYPRESS |
| 15000 SURVEYOR BLVD. SUITE 100 | SUITE 310 |
| ADDISON, TX 75001 | ABILENE, TX 79601 |
| Telephone: (972) 341-0500 | |
| Facsimile: (972) 341-0502 | ATTORNEY FOR DEBTOR |
| E-mail: NDECF@BBWCDF.COM | |
| ATTORNEY FOR MOVANT | |

MARC MCBEATH FOR
WALTER O'CHESKEY, TRUSTEE

ORDERED that the provision of Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure is hereby waived and CHASE HOME FINANCE, LLC AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-C, ASSET BACKED PASS-THROUGH CERTIFICATES ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST may immediately enforce and implement this Order Lifting Stay.

### End of Order ###

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ KADRA ALEXANDER
KADRA ALEXANDER
TX NO. 24040405
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 341-0502
E-mail: NDECF@BBWCDF.COM
ATTORNEY FOR MOVANT

~~LARRY LEWIS~~ /s/ Pamela J. Chaney
402 CYPRESS
SUITE 310
ABILENE, TX 79601

ATTORNEY FOR DEBTOR

/s/ Marc McBeath
WALTER O'CHESKEY, TRUSTEE