**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | |
|---|---|
| IN RE: | |
| Perry Lynn Davis | CASE NO.: 08-10315-rlj-13 |
| Debtor(s) | HEARING DATE: February 5, 2014<br>HEARING TIME: 11:00 AM |

**DEBTOR CERTIFICATION AND
MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE
PURSUANT TO 11 U.S.C. § 1328(a)**

The Debtor moves for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

    A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

    B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

    C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

    D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

    E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2. I have made all payments required by my confirmed chapter 13 plan including direct payments.

Signed: /s/Perry Lynn Davis
Debtor

/s/
Joint Debtor

/s/Monte J. White
Attorney for Debtors

## NOTICE OF HEARING

A HEARING WILL BE HELD ON February 5, 2013 AT 11:00 AM AT THE FOLLOWING ADDRESS: 341 Pine St., Room 2201, Abilene, TX 79601.
IF A RESPONSE IS FILED, A PRE-HEARING CONFERENCE SHALL BE HELD ON February 5, 2013 AT 8:30 AM AT THE SAME ADDRESS.
ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, NOTICE SHOULD BE SENT TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDERED TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtor Certification and Motion for Entry of Chapter 13 Discharge Pursuant to 11 U.S.C. § 1328(a) and Notice of Hearing was this date served on the parties in the attached matrix by U.S. First Class mail.

Date: December 19, 2013

/s/Monte J. White
Attorney for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 08-10315-rlj13<br>Northern District of Texas<br>Abilene<br>Mon Dec 16 12:28:27 CST 2013 | The Education Resources Institute<br>One Cabot Road<br>Medford, MA 02155-5117 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | Account Services Collections<br>1802 NE Loop 410<br>Suite 400<br>San Antonio, TX 78217-5221 | Aes-nct<br>Reinsurance Dept Bankruptcy<br>Unit 120 N 7th<br>St Harrisburg, PA 17102 |
| Asset Acceptance<br>PO Box 2036<br>Warren, MI 48090-2036 | At & t<br>P.O. Box 650098<br>Dallas, TX75265-0098 | Boston Portfolio Advisors<br>800 Corporate Drive, Ste. 800<br>Fort Lauderdale, FL 33334-3621 |
| Brookesmith Sud<br>P.O. Box 27<br>Brownwood, TX 76804-0027 | Brown CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>CO Sherrel K Knighton<br>2323 Bryan Street Suite 1600<br>Dallas, Texas 75201-2637 | Brown County Appraisal District<br>402 Fisk<br>Brownwood, TX 76801-8214 |
| Brown Emergency Medicine Assc<br>PO Box 2409<br>San Antonio, TX 78298-2409 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Chase Home Finance LLC<br>10790 Rancho Bernardo Road<br>San Diego, CA 92127-5705 |
| Chase Home Finance, LLC as servicing agent f<br>15000 Surveyor Blvd Suite 1600<br>Addison, TX 75001-4417 | Chase Manhattan Mortgage<br>Attention: Research Dept. G7-PP<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Coleman County State Bank<br>CO James R. Gravley<br>P.O. Box 3579<br>Abilene, Texas 79604-3579 | Coleman County State Bank<br>PO Box 940<br>Coleman, TX 76834-0940 | Credit One Bank<br>P.O. Box 60500<br>City of Industry, CA 91716-0500 |
| (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | ECAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 | ECMC<br>7325 Beaufont Springs<br>Suite 200<br>Richmond, VA 23225-5546 |
| First Financial Bk Na<br>400 Pine St<br>Abilene, TX 79601-5137 | First National Bank of Marin-Credit One<br>Customer Service<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | First National Collection Bureau<br>610 Waltham Way<br>Sparks, NV 89434-6695 |
| Great Lakes Educational Loan Serv<br>Claims Filing Unit<br>P O Box 8973<br>Madison, WI 53708-8973 | HSBC Bank Nevada and its Assigns<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 07193-5480 | HSBCORCHARD BK<br>ATTN: BANKRUPTCY<br>PO BOX 5253<br>Carol Stream, IL 60197-5253 |

IESI Mineral Wells  
317 Lee Rd.  
Mineral Wells, TX 76067-9201

(p)INTERNAL REVENUE SERVICE  
CENTRALIZED INSOLVENCY OPERATIONS  
PO BOX 7346  
PHILADELPHIA PA 19101-7346

LINEBARGER GOGGAN BLAIR et al  
2323 Bryan Street, Ste 1600  
Dallas, TX 75201-2644

LVNV Funding LLC its successors and assigns  
assignee of MHC Receivables, LLC  
Resurgent Capital Services  
PO Box 10587  
Greenville, SC 29603-0587

Louis L. Amour  
P.O. Box 10811  
Des Moines, IA 50336-0811

Medical Data Systems I  
Attn: Bankruptcy  
2001 9th Ave Ste 312  
Vero Beach, FL 32960-6413

Northland Group, Inc.  
PO Box 390846  
Edina, MN 55439-0846

PCS Stamps & Coins  
47 Richards Ave.  
Norwalk, CT 06854-2309

Panhandle Plains  
Student Services Care of Claims Dept  
PO Box 839  
Canyon, TX 79015-0839

Panhandle Plains Student Loan Center  
PO Box 839  
Canyon, TX 79015-0839

Phillips 66 Company  
P.O. Box 689140  
Des Moines, IA 50368-9140

Pra Receivables Management, Llc  
As Agent Of Portfolio Recovery Assocs.  
CO Seymour Hospital  
POB 41067  
NORFOLK VA 23541-1067

Recovery Management Systems Corporation  
25 SE 2nd Ave. Ste. 1120  
Miami, FL 33131-1605

Recovery Management Systems Corporation  
25 S.E. 2nd Avenue, Suite 1120  
Miami, FL 33131-1605

Risk Management Alternative  
PO Box 105293  
Atlanta, GA 30348-5293

(p)SECURITY FINANCE CENTRAL BANKRUPTCY  
P O BOX 1893  
SPARTANBURG SC 29304-1893

Sallie Mae Servicing  
1002 Arthur Drive  
Lynn Haven, FL 32444-1683

Sallie Mae, Inc. on behalf of  
Texas Guaranteed Student Loan Corp.  
TGSLC  
P.O. Box 83100  
Round Rock, TX   78683-3100

Security Fin  
Attn: Tracy Haston  
652 Bush River Rd  Suite 206  
Columbia, SC 29210-7537

Security Finance Corporation of Texas  
305 Fisk  
Brownwood, TX 76801-2927

Sprint  
P.O. Box 660075  
Dallas, Texas 75266-0075

(p)SPRINT NEXTEL CORRESPONDENCE  
ATTN BANKRUPTCY DEPT  
PO BOX 7949  
OVERLAND PARK KS 66207-0949

TGSLC TG MAIL CENTER  
ATTN: CLAIMS CLMS 1-1 -1E3  
3500 WADLEY PLACE STE 303  
AUSTIN, TX 78728-1279

(p)TXU ENERGY RETAIL COMPANY LP  
CO BANKRUPTCY DEPARTMENT  
PO BOX 650393  
DALLAS TX 75265-0393

Verizon Wireless  
404 Brock Drive  
Bloomington, IL 61701-2654

eCAST Settlement Corporation assignee of  
Capital One Bank  
POB 35480  
Newark NJ 07193-5480

Larry Reed Lewis  
Monte J. White & Associates, P.C.  
402 Cypress, Suite 310  
Abilene, TX 79601-5151

Pamela Jean Chaney  
Monte J. White & Associates, P.C.  
American State Building  
402 Cypress, Ste. 310  
Abilene, TX 79601-5151

Perry Lynn Davis  
1109 Irma St.  
Brownwood, TX 76801-3434

Walter 12,13 OCheskey  
6308 Iola Avenue  
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital 1 Bank<br>Attn: CO TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | Citibank N A<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195 | Direct TV<br>PO Box 70014<br>Boise ID 83707-0114 |
| IRS Special Procedures<br>Mail Code 5020-DAL<br>1100 Commerce St, Room 9B8<br>Dallas, TX 75242 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | SFC- Central Bankruptcy<br>209 DAWSON RD. STE. 4B<br>COLUMBIA, SC. 29223 |
| Sprint Nextel<br>P.O.Box 7949<br>Overland Park, KS 66207 | Txu Energy<br>Po Box 666565<br>Dallas, TX 75266 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Brown CAD | (u)Chase Home Finance, L.L.C. | (u)Coleman County State Bank |
| (d)ECMC<br>7325 Beaufont Springs<br>Suite 200<br>Richmond, VA 23225-5546 | (d)Panhandle Plains Student Loan Center<br>PO Box 839<br>Canyon, TX 79015-0839 | (d)The Education Resources Institute<br>One Cabot Road<br>Medford, MA 02155-5117 |
| (d)eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | End of Label Matrix<br>Mailable recipients  59<br>Bypassed recipients   7<br>Total                 66 | |